UNITED STATES DISTRICT COURT<br>
FOR THE MIDDLE DISTRICT OF TENNESSEE<br>
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00171 |
| | ) JUDGE SHARP |
| WALTER ALAN ROSE | ) |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Walter Alan Rose moves to extend the time for filing pretrial motions. This matter currently is set for trial on January 7, 2014. Mr. Rose is released pending trial.

In support of this motion, the defendant would show the following: Defense counsel has not yet received discovery from the government and therefore is not in a position to determine whether pretrial motions are appropriate.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Walter Alan Rose

### CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2013, I electronically filed the foregoing Motion to Extend Time for Filing Pretrial Motions with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Harold Benton McDonough, Jr., Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT