UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00171 |
| | ) JUDGE SHARP |
| WALTER ALAN ROSE | ) |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS INCLUDING SUPPRESSION MOTIONS

Through counsel, defendant Walter Alan Rose moves to extend the time for filing pretrial motions. This matter currently is set for trial on March 11, 2014. Mr. Rose is released on bond pending trial.

In support of this motion, the defendant would show the following: Counsel has been advised that Mr. Rose has or will be retaining private counsel to represent him in this matter. Mr. Rose's new attorney will need to make his own assessment regarding pretrial motions and other case-related issues.

Respectfully submitted,

   /s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Walter Alan Rose